## THE UNION HIDE AND LEATHER COMPANY

*v.*

## BENJAMIN SHOENMANN *et al.*

1. NEW TRIAL—*verdict against the evidence.* This court will not disturb the finding of the circuit court, the evidence being conflicting, and substantial justice appearing to have been done.

APPEAL from the Superior Court of Chicago; the Hon. JOSEPH E. GARY, Judge, presiding.

This was an action of assumpsit, brought in the court below by the appellees against the appellants, to recover the price of four hundred and forty-seven dry hides, sold under an alleged special contract. The cause was tried by the court, a jury being waived, and a finding and judgment for $120.95 for the plaintiff had, whereupon the defendants appealed to this court.

Messrs. GOOKINS & ROBERTS, for the appellants.

Messrs. ROSENTHAL & PENCE, for the appellees.

Mr. CHIEF JUSTICE BREESE delivered the opinion of the Court:

This is a controversy about a lot of hides sold by appellees to appellants, and turns on the question of a warranty as to quality.

On this point the evidence is somewhat conflicting, and we cannot disturb the finding of the court. It is very evident there was a sufficient quantity of hides to answer a warranty, had there been one, piled up in plaintiffs' warehouse, from which defendants made, themselves, the selection, without any

interference by the plaintiffs, and if they failed to get the best of the lot, it was their misfortune.

We can perceive no error in the record. The judgment must be affirmed.

*Judgment affirmed.*